**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

TALISKER CAPITAL MANAGEMENT, LP,
TALISKER HOLDINGS GP, LLC, TALISKER
DOMESTIC GP, LLC, TALISKER DOMESTIC FUND,   :
LP, TALISKER OVERSEAS FUND, LTD. and
TALISKER MASTER FUND, LTD.

                              Plaintiffs,

            v.

TALISKER CORPORATION and TALISKER
MOUNTAIN INCORPORATED

                           Defendants.

-----------------------------------------------------------------------X

Case No. 08 CV 4771

**Rule 7.1 Statement**

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule

1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for TALISKER CAPITAL

MANAGEMENT, LP (a private non-governmental party) certifies that there are no corporate

parents, affiliates and/or subsidiaries of said party which are publicly held.

SCHULTE ROTH & ZABEL LLP

**Date:** _5/21/08_

By: _____

**Signature of Attorney**
Scott Kareff
Attorney Bar Code: _SK 0510_
919 Third Avenue
New York, New York 10022
(212) 756-2000
Scott.Kareff@srz.com

Form Rule7_1.pdf SDNY Web 10/2007