UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

TALISKER CAPITAL MANAGEMENT, LP,
TALISKER HOLDINGS GP, LLC, TALISKER
DOMESTIC GP, LLC, TALISKER DOMESTIC FUND, :
LP, TALISKER OVERSEAS FUND, LTD. and
TALISKER MASTER FUND, LTD.

                Plaintiffs,

    v.

TALISKER CORPORATION and TALISKER
MOUNTAIN INCORPORATED

                Defendants.

-----------------------------------------------------------------X

Case No. 08 CV 4771

**Rule 7.1 Statement**

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TALISKER DOMESTIC GP, LLC (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Date: 5/21/08

SCHULTE ROTH & ZABEL LLP

By: _____
Signature of Attorney
Scott Kareff
Attorney Bar Code: SK 0590
919 Third Avenue
New York, New York 10022
(212) 756-2000
Scott.Kareff@srz.com

Form Rule7_1.pdf SDNY Web 10/2007