UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

TALISKER CAPITAL MANAGEMENT, LP,
TALISKER HOLDINGS GP, LLC, TALISKER
DOMESTIC GP, LLC TALISKER DOMESTIC FUND,
LP, TALISKER OVERSEAS FUND, LTD. and
TALISKER MASTER FUND, LTD.

                Plaintiffs,

      v.

TALISKER CORPORATION and TALISKER
MOUNTAIN INCORPORATED

                Defendants.
-----------------------------------------------------------------X

Case No. 08 CV 4771

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TALISKER MASTER FUND, LTD (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Date: 5/21/08

Form Rule7_1.pdf SDNY Web 10/2007

SCHULTE ROTH & ZABEL LLP

By: _____
Signature of Attorney
Scott Kareff
Attorney Bar Code: SK 0590
919 Third Avenue
New York, New York 10022
(212) 756-2000
Scott.Kareff@srz.com