**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

TALISKER CAPITAL MANAGEMENT, LP,
TALISKER HOLDINGS GP, LLC, TALISKER
DOMESTIC GP, LLC, TALISKER DOMESTIC FUND,  :
LP, TALISKER OVERSEAS FUND, LTD. and
TALISKER MASTER FUND, LTD.

                                :

              Plaintiffs,          :   Case No. 08CV4771

                                **Rule 7.1 Statement**

        v.                   :

TALISKER CORPORATION and TALISKER
MOUNTAIN INCORPORATED

              Defendants.

-------------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule

1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for TALISKER DOMESTIC FUND, LP (a

private non-governmental party) certifies that there are no corporate parents, affiliates and/or

subsidiaries of said party which are publicly held.


                                      SCHULTE ROTH & ZABEL LLP

Date: 5/21/08

                                By: _____
                                **Signature of Attorney**
                                Scott Kareff
                                Attorney Bar Code: SK 0590
                                919 Third Avenue

Form Rule7_1.pdf SDNY Web 10/2007         New York, New York 10022
                                (212) 756-2000
                                Scott.Kareff@srz.com