# WAIVER OF SERVICE OF SUMMONS

TO: Scott Kareff, Schulte Roth & Zabel LLP

      I acknowledge receipt of your request that I, on behalf of Talisker Corporation and Talisker Mountain Incorporated, waive service of summonses in the action of Talisker Capital Management, LP, Talisker Holdings GP, LLC, Talisker Domestic GP, LLC, Talisker Domestic Fund, LP, Talisker Overseas Fund, Ltd. and Talisker Master Fund, Ltd. v. Talisker Corporation and Talisker Mountain Incorporated which is case number 1:08-cv-04771-DAB in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

      I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

      I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

      I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after May 22, 2008, or within 90 days after that date if the request was sent outside the United States.

May 31, 2008
Date

Signature: _[signed] Thomas R. Barton_

Printed/Typed Name: Thomas R. Barton
{as _____}
{of _____}

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant who, after being notified of an action and asked to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or even its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons has been actually served when the request for waiver of service was received.

Effective A/O 12/1/93 in compliance with
Federal Rules of Civil Procedure 4

10682635.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

Talisker Capital Management, LP,
Talisker Holdings GP, LLC, Talisker
Domestic GP, LLC, Talisker Domestic
Fund, LP, Talisker Overseas Fund, Ltd.
and Talisker Master Fund, Ltd.

            Plaintiffs,

    V.

Talisker Corporation and Talisker
Mountain Incorporated

           Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 4771

JUDGE BATTS

TO: (Name and address of Defendant)

Talisker Corporation
c/o Vancott, Bagley, Cornwall & McCarthy, P.C.
36 S. State Street, Suite 1900
Salt Lake City, Utah 84111-1478

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MAY 22 2008

J. MICHAEL McMAHON

CLERK                                            DATE

*Catherine Lapsley*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                    Signature of Server

                           _____
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Talisker Capital Management, LP,
Talisker Holdings GP, LLC, Talisker
Domestic GP, LLC, Talisker Domestic
Fund, LP, Talisker Overseas Fund, Ltd.
and Talisker Master Fund, Ltd.

                Plaintiffs,

v.

Talisker Corporation and Talisker
Mountain Incorporated

                Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 4771

JUDGE BATTS

TO: (Name and address of Defendant)

Talisker Mountain Incorporated
c/o Vancott, Bagley, Cornwall & McCarthy, P.C.
36 S. State Street, Suite 1900
Salt Lake City, Utah 84111-1478

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(By) DEPUTY CLERK

DATE: MAY 22 2008

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                 Date                              *Signature of Server*

                                 _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.