# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com



July 17, 2008

Karla G. Sanchez
Partner
(212) 336-2785
Direct Fax (212) 336-2788
kgsanchez@pbwt.com

**By Hand**
The Honorable Deborah A. Batts
United States District Court Judge, SDNY
500 Pearl Street
New York, New York 10007

   Re: **Talisker Cap. Management, LP, *et al.*, v. Talisker Corporation, *et al.*
     Case No. 08-CV-4771 (DAB)**

Dear Judge Batts:

  We represent Defendants Talisker Corporation and Talisker Mountain Incorporated (together "Talisker Corporation"), and write to request an extension of twenty (20) days to answer, move with respect to, or otherwise respond to the Complaint filed in the above-referenced action.

*GRANTED*
*/DAB*

  Plaintiffs filed this action on May 22, 2008 and requested, pursuant to Federal Rule of Civil Procedure 4(d), waiver of service of a summons. Talisker Corporation timely waived service on May 31, 2008. Accordingly, any answer or response by Talisker Corporation is due on or before July 21, 2008. The parties are currently engaged in settlement discussions and as such Talisker Corporation requests an extension of twenty (20) days to answer, move with respect to, or otherwise respond to the Complaint, which would extend its deadline to August 11, 2008. This is Talisker Corporation's first request for an extension of time. Plaintiffs do not oppose this Motion.

             Respectfully submitted,

             Karla G. Sanchez

cc: Scott Keraff

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
21 Jul 08