

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

August 8, 2008

Karla G. Sanchez
Partner
(212) 336-2785
Direct Fax (212) 336-2788
kgsanchez@pbwt.com



**BY HAND**
The Honorable Deborah A. Batts
United State District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Talisker Cap. Management, LP, *et al.*, v. Talisker Corp., *et al.***
            **Case No. 08-CV-4771 (DAB)**

Dear Judge Batts:

    We represent Defendants Talisker Corporation and Talisker Mountain Incorporated (together "Talisker Corporation"), and write to request an extension of ten (10) days to answer, move with respect to, or otherwise respond to the Complaint filed in the above-referenced action.

    Talisker Corporation's responsive pleading is due August 11, 2008. While the parties have reached a negotiated settlement, their agreement is now being finalized and executed. I anticipate that this process will be completed shortly, but likely not before the current deadline expires.

    Accordingly, Talisker Corporation respectfully requests an extension of ten (10) days to answer, move with respect to, or otherwise respond to the Complaint, which would extend its deadline to August 21, 2008. This is Talisker Corporation's second request for an extension of time. Plaintiffs do not oppose this request.

*GRANTED /DAB/*

Respectfully submitted,

*Karla S. Sanchez*

Karla G. Sanchez

cc: Scott Kareff, Schulte Roth & Zabel LLP

1947403v.1

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
8/8/08