UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
TALISKER CAPITAL MANAGEMENT, LP, : Case No. 08-CV-4771
ET AL., :
: Hon. Deborah A. Batts
: 
Plaintiffs, :
:
v. : **NOTICE OF DISMISSAL**
:
TALISKER CORPORATION, ET AL. :
:
Defendant. :
------------------------------------------------------------------x

Plaintiffs, Talisker Capital Management, LP, Talisker Holdings GP, LLC, Talisker Domestic Fund GP, LLC, Talisker Domestic Fund, LP, Talisker Overseas Fund, LTD., and Talisker Master Fund, LTD., by their attorneys, hereby dismiss this action against Defendants Talisker Corporation and Talisker Mountain Corporation, with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). Each party shall bear its own costs and attorneys' fees. This Notice of Dismissal has been filed before service by the Defendant of an answer or motion for summary judgment.

Dated: August 13, 2008                    Respectfully submitted,

                                          By: _____
                                          Scott Kareff
                                          SCHULTE ROTH & ZABEL LLP
                                          919 Third Avenue
                                          New York, New York 10022
                                          (212) 756-2000
                                          scott.kareff@srz.com

                                          Attorneys for Plaintiffs